**DISMISS and Opinion Filed May 3, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-01205-CV

### CITY OF DALLAS, Appellant
### V.
### TREVA GRIMSHAW, Appellee

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-16544**

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Reichek

Before the Court is the parties' joint motion to dismiss this interlocutory appeal based on Treva Grimshaw's nonsuit with prejudice of all her claims against the City of Dallas in the trial court below. We grant the motion and dismiss the appeal. TEX. R. APP. P. 42.1.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

231205F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

CITY OF DALLAS, Appellant

No. 05-23-01205-CV        V.

TREVA GRIMSHAW, Appellee

On Appeal from the 14th Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-22-16544. Opinion delivered by Justice Reichek. Justices Goldstein and Garcia participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered May 3, 2024